MILLARD CONSTRUCTION COMPANY, Respondent, *v.* MAURICE DEICHES, as Receiver of THE ÆTNA INDEMNITY COMPANY, Appellant.

*Millard Construction Co.* v. *Deiches*, 150 App. Div. 71, affirmed. (Argued April 2, 1913; decided April 22, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1912, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial in an action to recover upon an indemnity bond.

*George M. Mackellar, Martin A. Schenck* and *T. Tileston Wells* for appellant.

*Wilbur L. Ball* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.